UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR D. QUINN, | ) NO. CV 06-04434 DOC (SS) |
| Petitioner, | ) **JUDGMENT** |
| v. | ) |
| ANTHONY HEDGPETH, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 23, 2008

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE